EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Asociación de Maestros de Puerto Rico, et als.<br>    Peticionarios<br><br>                v.<br><br>Sistema de Retiro para Maestros de Puerto Rico, et als.<br>    Recurridos<br>_____<br>Educadores/as por la Democracia, Unidad, Cambio, Militancia y Organización Sindical, Inc., por sí y en representación de sus miembros et als.<br>    Peticionarios | 2014 TSPR 18<br><br>190 DPR ____ |

Número del Caso: CT-2014-2
                 CT-2014-3


Fecha: 11 de febrero de 2014


Comisionado Especial:

        Hon. Ángel R. Pagán Ocasio

**CT-2014-2**

Abogados de la Parte Peticionaria:

        Lcdo. Rafael A. Nadal Arcelay
        Lcda. Melissa López Díaz
        Lcdo. Ramón Rosario Cortés
        Lcdo. Carlos Rivera Vicente

Abogados de la Parte Recurrida:

        Lcda. Alba L. Ortiz Morales
        Lcdo. Rafael Escalera Rodríguez

Parte Interventora:

        Lcda. Vanessa Carballo Santiago
        Lcdo. Francisco González Magaz

Oficina de la Procuradora General:

        Lcda. Margarita Mercado Echegaray
        Procuradora General

        Lcda. Tanaira Padilla Rodríguez
        Subprocuradora General

        Lcda. Amarilis Ramos Rodriguez
        Procuradora General Auxiliar

Departamento de Justicia:

        Lcda. Claudia Juan García

---

**CT-2014-3**

Abogados de la Parte Peticionaria:

        Lcdo. Rafael Ortiz Mendoza
        Lcdo. Jorge Farinacci Fernós

Abogados de la Parte Recurrida:


        Lcda. Alba Ortiz Morales
        Lcdo. Rafael Escalera Rodríguez

Parte Interventora:

        Lcda. Vanessa Carballo Santiago
        Lcdo. Francisco González Magaz

Oficina de la Procuradora General:

        Lcda. Margarita Mercado Echegaray
        Procuradora General

        Lcda. Tanaira Padilla Rodríguez
        Subprocuradora General

        Lcda. Amarilis Ramos Rodriguez
        Procuradora General Auxiliar

Departamento de Justicia:

        Lcda. Claudia Juan García


Materia: Certificación Intrajurisdiccional


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Asociación de Maestros de Puerto Rico, *et als.*<br><br>Peticionarios<br><br>v.<br><br>Sistema de Retiro para Maestros de Puerto Rico, *et als.*<br><br>Recurridos | CT-2014-2<br>CT-2014-3 | Certificación Intrajurisdiccional |
| Educadores/as por la Democracia, Unidad, Cambio, Militancia y Organización Sindical, Inc., por sí y en representación de sus miembros, et als.<br><br>Peticionarios<br><br>v.<br><br>Sistema de Retiro para Maestros de Puerto Rico, *et als.*<br><br>Recurridos | | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de febrero de 2014.

Luego de examinar la "Moción sobre término para presentación de alegatos" que presentó la parte demandada-recurrida, la "Moción solicitando términos para alegatos" que presentó la Asociación de Maestros, la "Réplica a moción sobre términos" que presentó Educadores por la Democracia, Unidad, Cambio, Militancia y Organización Sindical, Inc., y la "Oposición moción sobre términos presentada por Educamos el 7 de febrero de 2014 y moción informativa" que presentó la parte demandada-recurrida se establece el siguiente calendario que regirá el procedimiento en este caso.

Todas las partes tendrán hasta el 21 de febrero de 2014, para presentar comentarios y objeciones al informe del Comisionado Especial, Hon. Ángel Pagán Ocasio. Posterior a ese término, todas las partes tendrán hasta el 3 de marzo de 2014, para presentar sus alegatos de forma simultánea. Véase Regla 51(c) de nuestro Reglamento, 4 L.P.R.A. Ap. XXI-B.

Diez días adicionales no atrasarán el trámite de este recurso. No debemos pasar por alto que el calendario de este caso se ha adelantado. De hecho, si hubiésemos hecho lo que la disidencia aconsejaba, no habríamos certificado y el caso estaría todavía en sus inicios en el Tribunal de Primera Instancia. Véase Asociación de Maestros de Puerto Rico v. Sistema de Retiro para Maestros de Puerto Rico, res. el 14 de enero de 2014, 2014 T.S.P.R. 4, 2014 J.T.S. 13, 190 D.P.R. __ (2014).

Notifíquese inmediatamente por fax, correo electrónico o teléfono, y por la vía ordinaria.

Lo acordó y ordena el Tribunal, y lo certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y la Jueza Asociada señora Fiol Matta concederían a todas las partes hasta el 18 de febrero de 2014, para presentar sus comentarios al Informe del Comisionado Especial y sus alegatos. La Juez Asociada señora Rodríguez Rodríguez emitió un Voto particular disidente. El Juez Asociado señor Feliberti Cintrón está inhibido.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Asociación de Maestros de Puerto Rico, et al.<br><br>    Peticionarios<br><br>    v.<br><br>Sistema de Retiro para Maestros de Puerto Rico, et als.<br><br>    Recurridos<br><br>────────────<br><br>Educadores/as por la Democracia, Unidad, Cambio, Militancia y Organización Sindical, Inc., por sí en representación de sus miembros, et als.<br><br>    Peticionarios<br><br>    v.<br><br>Sistemas de Retiro para Maestros de Puerto Rico, et als.<br><br>    Recurridos | CT-2014-2<br>CT-2014-3 | Certificación Intrajurisdiccional |

Voto particular disidente emitido por la Juez Asociada señora Rodríguez Rodríguez

San Juan, Puerto Rico, a 11 de febrero de 2014

Disiento de la acción mayoritaria de conceder la prorroga más extensa solicitada para presentar los alegatos de las partes.

Me preocupa que la dilación en este caso abone al estado de incertidumbre que rodea la difícil situación social y fiscal en que se encuentra el país. Al aceptar la solicitud de certificación y paralizar la ley objeto de

revisión configuramos un proceso ante un Comisionado Especial relativamente expedito. El Comisionado Especial, de manera encomiable, cumplió a cabalidad su encomienda en el término concedido.

Ahora comparece ante nosotros la Asociación de Maestros de Puerto Rico y EDUCAMOS a solicitar un término para presentar sus respectivos alegatos. La primera, quien ha llevado el peso de la litigación, nos solicita un término razonable hasta el 18 de febrero para que se presenten **simultáneamente** todos los escritos que las partes tengan a bien presentar. En otras palabras, nos solicitaron una semana. EDUCAMOS sin embargo, nos solicitó un término de diez (10) días para presentar comentarios al informe y diez (10) días adicionales para presentar los alegatos simultáneos. Es decir veinte (20) días para cumplir con aquello que la Asociación de Maestros estima puede hacer en una semana.

El Tribunal sin mayor explicación concede el término más dilatado, acción que a mi parecer no se justifica. Considero que debemos ser en extremo cautelosos con las estrategias procesales de posponer en lo más posible la disposición final de esta controversia.

En vista de lo anterior, disiento del dictamen tomado por el Tribunal y en su lugar acogería la petición de la Asociación de Maestros.

                                        Anabelle Rodríguez Rodríguez
                                             Juez Asociada